| | |
|---|---|
| COOLEY GODWARD LLP<br>ANTHONY M. STIEGLER (126414) (astiegler@cooley.com)<br>KENT M. WALKER (173700) (walkerkm@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>Attorneys for Defendant<br>Adams Golf, Inc. | FILED<br>06 SEP 22 AM 8:36<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC.<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAMS GOLF, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 06CV0564 LAB LSP<br><br>[~~PROPOSED~~] ORDER *Granting Extension Request* |

In consideration of Defendant's Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff Taylor Made Golf Company's Complaint for Patent Infringement, and good cause having been shown, Defendant's motion is hereby granted.

Defendant shall have until October 26, 2006 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

9/20/06

_____
Honorable Judge Larry A. Burns