# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TAYLOR MADE GOLF COMPANY, INC. a California corporation, Plaintiff, vs. ADAMS GOLF, INC., a Delaware corporation, Defendant. | CASE NO. 06cv0564-LAB (LSP) **ORDER GRANTING JOINT MOTION TO DISMISS** [Dkt No. 13] |
|---|---|

Pursuant to the parties' Joint Motion To Dismiss With Prejudice, **IT IS HEREBY ORDERED** this action is dismissed in its entirety as to all claims and all parties, with prejudice.

**IT IS SO ORDERED**.

DATED: January 10, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge